TEMPLETON *v.* GRAJEWSKI.

APPEAL AND ERROR—MOOT CASE—DISMISSAL.
    Cause having become moot, appeal is dismissed.

Appeal from Wayne; Moll (Lester S.), Brennan (Vincent M.), and Campbell (Allan), JJ. Submitted January 20, 1932. (Docket No. 203, Calendar No. 35,752.) Decided April 4, 1932.

Bill by Andrew Templeton and others against Michael J. Grajewski, Jr., Hamtramck city clerk, to declare petition for recall of mayor void. Chester M. Ostrowski intervened in behalf of recall petitioners. Decree for plaintiffs. Intervener appeals. Appeal dismissed.

*Jason L. Honigman,* for plaintiffs.

*Peter P. Boyle* (*John J. Adamski,* of counsel), for intervener.

POTTER, J. The court is advised this cause has become moot. The appeal is therefore dismissed, but without costs.

CLARK, C. J., and McDONALD, SHARPE, NORTH, FEAD, WIEST, and BUTZEL, JJ., concurred.